UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KELLY SCOTT,

Plaintiff,

v.

DAVID R. BEAUDET,

Defendant.

Case No. 01-2142 PAM/SRN

NOTICE OF CANCELLATION

---

Due to the reassignment of the above captioned matter to Judge Paul A. Magnuson and Magistrate Judge Susan Richard Nelson, you are hereby given notice that the pretrial conference scheduled to be held on November 5, 2002 at 9:45 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

The parties shall contact Suzanne Ruiz at 651-848-1156 to reschedule the Rule 16 Pretrial Conference.

Dated: 11/1/02

Arthur J. Boylan
U. S. Magistrate Judge

Filed NOV 0 4 200?
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________