UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Rosa Gipson, CV 01-2142PAM/SRN

Plaintiff,

v. **STIPULATION AND ORDER**

David R. Beaudet,

Defendant.

---

The parties to this action, by and through their respective counsel, hereby agree and acknowledge that it is necessary and appropriate to appoint a Guardian Ad Litem to act on behalf of Rosa Gipson. The parties, by and though their respective counsel, hereby stipulate and agree that Lynn MacDonald of Arc Anoka, Ramsey, and Suburban would be a suitable and appropriate Guardian Ad Litem to act on behalf of Rosa Gipson. The parties acknowledge Lynn MacDonald is qualified to act as a Guardian Ad Litem based upon her qualifications, education, training and experience, which include the following:

- Lynn MacDonald is employed by Arc Anoka, Ramsey, and Suburban, a chapter of Arc Minnesota, an organization involved in working for and on behalf of people with developmental disabilities.
- Lynn MacDonald has been involved in such capacity for the past 10 years.

SEP 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

- Lynn MacDonald has an educational background including a Bachelor of Science degree in Social Work and has worked in the field of developmental disabilities for approximately 17 years.

- Lynn MacDonald has no financial interest in this case and has no prior contact or involvement with the attorneys for either party.

Based upon the foregoing, the parties, by and through their respective counsel hereby stipulate and agree that Lynn MacDonald be appointed as the Guardian Ad Litem to act on behalf of Rosa Gipson in this matter.

IT IS SO STIPULATED AND AGREED.

Dated: Sept 24, 2002

Jerome A. Ritter, #153242
**RITTER & FENSKE, LTD.**
Attorney for Plaintiff
461 University Avenue West
St. Paul, Minnesota 55103-1936
(651) 222-6700

Dated: 9/23/02

Thomas F. Hutchinson, #48549
**EASTLUND, SOLSTAD, CADE & HUTCHINSON, LTD.**
Attorney for Defendant
4200 County Road 42 West
Savage MN 55378
(952) 894-6400

**ORDER**

Based upon the foregoing stipulation of counsel, it is hereby ordered that Lynn MacDonald is appointed to act as the Guardian Ad Litem for Rosa Gipson for the purpose of this pending lawsuit only.

IT IS SO ORDERED.

Dated: September 25, 2002

By the Court

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge