UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rosa Gipson, CIVIL 01-2142 (PAM/SRN)

Plaintiff,

vs.

David R. Beaudet,

Defendant,

---

Kelly Scott, CIVIL 02-2003 (RHK/AJB)

Plaintiff,

vs.

David R. Beaudet,

Defendant.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case No. 01-2142 PAM/SRN having been assigned to Judge Paul A. Magnuson, and Case No. 02-2003 RHK/AJB having later been assigned to Judge Richard H. Kyle, said matters being related cases,

IT IS HEREBY ORDERED That Case No. 02-2003 RHK/AJB, be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Civil Rights list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 30, 2002.

IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

DATED: November 1, 2002

Paul A. Magnuson, Judge
United States District Court

DATED: November 1, 2002

Richard H. Kyle, Judge
United States District Court

FILED NOV 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Kelly Scott

vs. 02-2003PAM/SRN

David R. Beaudet

Pursuant to an Order for Reassignment of a Related Case signed by Judges Magnuson and Kyle, the above case has been reassigned to Judge Magnuson as a related case to 01-2142 - Gipson vs Beaudet, already assigned to Judge Magnuson. Please note the change in the judges' initials above and refer to them when submitting materials to the court for filing