UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rosa Gipson, CIVIL 01-2142 (PAM/SRN)

Plaintiff,

vs.

David R. Beaudet,

Defendant,

---

Sharon Neal, CIVIL 02-1791 (MJD/JGL)

Plaintiff,

vs.

David R. Beaudet,

Defendant.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case No. 01-2142 PAM/SRN having been assigned to Judge Paul A. Magnuson, and Case No. 02-1791 MJD/JGL having later been assigned to Judge Michael J. Davis, said matters being related cases,

IT IS HEREBY ORDERED That Case No. 02-1791 MJD/JGL, be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Civil Rights list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 30, 2002.

IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

DATED: November 1, 2002

Paul A. Magnuson, Judge
United States District Court

DATED: November 4, 2002

Michael J. Davis, Judge
United States District Court

FILED NOV 0 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

PURSUANT TO ORDER FOR REASSIGNMENT OF RELATED CASE THE FOLLOWING CASE HAS NOW BEEN ASSIGNED TO JUDGE PAUL A. MAGNUSON AND REFERRED TO MAG. JUDGE SUSAN R. NELSON. THE CIVIL ACTION NUMBER SHALL REMAIN THE SAME EXCEPT FOR THE JUDGES' INITIALS 02-1791 PAM/SRN. PLEASE USE "ONLY" THE NEW JUDGES' INITIALS WHEN SUBMITTING PAPERS OR PLEADINGS TO THE COURT REGARDING THIS CIVIL ACTION.

02-1791 PAM/SRN 02-1791 PAM/SRN