UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Rosa Gipson,

Plaintiff,

v.

David R. Beaudet,

Defendant.

CV 01-2142PAM/SRN

**STIPULATION AND ORDER**

---

It is hereby stipulated and agreed between the parties to this action through their respective counsel, that the defendant, or his representative, will deposit funds with the clerk of court for the purpose of settling the claims by and between the parties. It is further stipulated and agreed that such funds shall be held by the Clerk of Court until directed by the Court to disburse such funds to the Plaintiff, her attorneys or third parties.

It is so stipulated and agreed.

Dated: March 5, 2003

Jerome A. Ritter, #153242
Attorney for the Plaintiff
**RITTER & FENSKE, LTD.**
461 University Avenue West
St Paul MN 55103-1936
651-222-6700

Dated: 3/6/03

Thomas F Hutchinson, #48549
Attorney for the Defendant
**EASTLUND SOLSTAD CADE & HUTCHINSON LTD**
4200 County Road 42 W
Savage MN 55378-4048
952-894-6400

FILED APR 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing stipulation the Clerk of Court is authorized and directed to accept and hold funds deposited by the Defendant or his representative. The Clerk of Court shall hold such funds as are deposited until this Court orders disbursement or release of such funds to the Plaintiff, her attorneys or third parties. The Plaintiff shall make application to this Court to obtain the release or disbursement of such funds.

IT IS SO ORDERED.

Dated: April 4, 2003

Paul A Magnuson
Judge of U.S. District Court