UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Rosa Gipson, CV 01-2142PAM/SRN

Plaintiff,

v. **ORDER**

David R. Beaudet,

Defendant.

---

Based upon the foregoing Stipulation

IT IS HEREBY ORDERED:

That the above-captions matter is hereby dismissed, with prejudice, and on the merits, without costs to any party, except for the continuing jurisdiction of the Court to distribute those funds which have been deposited with the Court.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 23, 2003

Paul A Magnuson
Judge of U.S. District Court

APR 23 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 23 2003
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Rosa Gipson,

Plaintiff,

v.

David R. Beaudet,

Defendant.

CV 01-2142PAM/SRN

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action through their respective counsel, that the above-captioned matter, having been fully compromised and settled, be and hereby is dismissed with prejudice and on the merits without costs to any party except for the continuing jurisdiction of the Court to distribute those funds which have been deposited with the Court. The Court may enter the attached Order of Dismissal without further notice to any party.

Dated: April 17, 2003

Jerome A. Ritter, #153242
Attorney for the Plaintiff
**RITTER & FENSKE, LTD.**
461 University Avenue West
St Paul MN 55103-1936
651-222-6700

Dated: April 14, 2003

Thomas F Hutchinson, #48549
Attorney for the Defendant
**EASTLUND SOLSTAD CADE & HUTCHINSON LTD**
4200 County Road 42 W
Savage MN 55378-4048
952-894-6400