UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Rosa Gipson,

Plaintiff,

v.

David R. Beaudet,

Defendant.

CV 01-2142PAM/SRN

**ORDER**

---

By Order dated September 25, 2002, this Court appointed Lynn MacDonald to act as the guardian ad litem for Rosa Gipson for the purpose of this pending lawsuit only. The Court has been advised that Lynn MacDonald is no longer able to act as the guardian ad litem for Rosa Gipson because of health and medical reasons. Further, guardian ad litem Lynn MacDonald has asked that she be discharged and that Luann Palmer be appointed to act as guardian ad litem in her stead.

Luann Palmer has filed an Affidavit with the Court setting forth her qualifications to act as a guardian ad litem on behalf of Rosa Gipson and has asked to be appointed as the guardian ad litem for Rosa Gipson for the purposes of this pending lawsuit only.

The Court finds that Luann Palmer is qualified to act as the guardian ad litem for Rosa Gipson. Lynn MacDonald is hereby discharged as the guardian ad litem for Rosa

FILED JUL 22 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Gipson and Luann Palmer is appointed to act as the guardian ad litem for Rosa Gipson for the purpose of the lawsuit only.

IT IS SO ORDERED.

BY THE COURT.

Dated: July 22, 2003

Susan Richard Nelson
Susan Richard Nelson
Magistrate Judge