**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Rosa Gipson, CIVIL NO.: 01-2142 (PAM/SRN)

Plaintiff,

vs. **PROTECTIVE ORDER**

David R. Beaudet,

Defendant.

---

WHEREAS, Defendant in the above-entitled action brought a motion before the Court for a Protective Order requiring all motions, petitions, affidavits exhibits, orders and other papers regarding the terms and/or amount of the settlement reached between the parties to the arbitration be filed under seal.

WHEREAS, the parties have reached a settlement agreement in the above action which fully resolves the allegations made in said action and the parties are duty bound by the terms of the settlement to keep such information confidential.

WHEREAS, the parties have mutually stipulated and agreed that the terms of such settlements must remain confidential in order to protect the parties from annoyance, embarrassment, and/or oppression.

NOW, THEREFORE, the Court having reviewed the pleadings and files herein and having received the Stipulation of counsel and otherwise being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. That the Clerk of Court is directed to place the following documents, previously filed in the action, under seal:

OCT 0 8 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(a) Notice of Motion and Motion [for Distribution of Funds];

(b) Petition for Order Approving Distribution of Funds Recovered and all attached document and exhibits;

(c) Affidavit of Luann Palmer and all attached documents and exhibits;

(d) Any receipts for payment into Court of settlement funds;

(e) Order for Distribution of Funds; and

In doing so, the Clerk of Court shall place these documents in a sealed manila envelope provided by Defendant marked with the caption of the litigation, the title of the document, and bearing a statement substantially in the following form:

**CONFIDENTIAL**

**FILED UNDER SEAL PURSUANT TO A PROTECTIVE ORDER DATED ______________, 2003, GOVERNING CONFIDENTIALITY OF DOCUMENTS AND INFORMATION PERTAINING TO SETTLEMENT OF CLAIMS.**

**THIS ENVELOPE IS NOT TO BE OPENED NOR THE CONTENTS DISPLAYED OR REVEALED EXCEPT BY COURT ORDER.**

3. All future documents filed with the Clerk of Court by the parties describing the terms of the settlement agreement and/or the amount of such settlement and/or financial information of the parties shall be filed by the parties in a sealed manila envelope labeled as described above.

4. All such materials so filed shall be released from confidential treatment by the Clerk of Court only upon further order of the Court.

**BY THE COURT:**

Dated: October, 2003

Susan Richard Nelson
Susan Richard Nelson
Magistrate Judge of U.S. District Court

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

# CLERK'S NOTICE IN RE: PROTECTIVE ORDER

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. **Failure to do so may result in documents NOT getting filed under seal.**

## Guidelines for Submission of Sealed Documents:

A. File ORIGINALS with the Clerk. Copies are for the Judge or Magistrate Judge.

B. Each ORIGINAL document is to be **sealed** (closed, fastened, taped, or otherwise secured) in a separate envelope of comparable size no larger than 9 x 12.
*LR 5.1: All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. This rule does not apply to: (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.*

C. EACH original document MUST be in a separate envelope, and the front of EACH envelope must include the following information:
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal). Note: Motions, affidavits and memoranda are each considered a separate document.
- The word "**SEALED**" or "**CONFIDENTIAL**"

D. Copies MUST be together as a separate set in an envelope **addressed to the Judge or Magistrate Judge**.